IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NAIAD MARITIME CO., <br><br> Plaintiff, <br><br> v. <br><br> PACIFIC GULF SHIPPING CO. LTD., et al. <br><br> Defendant and Garnishees. | Case No. 1:15-cv-1187 RGA <br><br> IN ADMIRALTY |

## NOTICE OF SERVICE

I, Timothy Jay Houseal, Esquire hereby certify that on December 30, 2015, Plaintiff Naiad Maritime Co. served the Registered Agent listed below, via Brandywine Process Servers:

1) Writ for Maritime Attachment and Garnishment, 2) Verified Complaint and 3) Plaintiff's Interrogatories on Garnishee Koch Fertilizer LLC.

> The Corporation Trust Company
> 1209 Orange Street
> Wilmington, Delaware 19801

> YOUNG CONAWAY STARGATT & TAYLOR LLP
>
> /s/ Timothy Jay Houseal
> _____
> Timothy Jay Houseal (Del. Bar ID No. 2880)
> Rodney Square
> 1000 North King Street
> Wilmington, DE 19801
> (302) 571-6682
> thouseal@ycst.com
>
> *Attorneys for Naiad Maritime Co.*

Dated:  January 6, 2016

01:18135252.1